UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

WILLIAM E. BRADLEY,          )
                             )
            Plaintiff,       )
                             )
        vs.                  )        No. 4:05-CV-1266 (CEJ)
                             )
GUIDANT CORPORATION and      )
ENDOVASCULAR TECHNOLOGIES, INC. )
                             )
            Defendants.      )

**ORDER**

In accordance with the stipulation of the parties,

**IT IS HEREBY ORDERED** that plaintiff's complaint is **dismissed with prejudice**. The parties shall bear their own costs and attorneys' fees.

_____
CAROL E. JACKSON
UNITED STATES DISTRICT JUDGE

Dated this 28th day of June, 2006.